E. H. Kellerman and Frank Whitaker, Appellants, v. Chase & Company, Appellee.

*C. P. Diamond,* for Appellants.

Miami Real Estate Company, Appellant, v. Miami Bank & Trust Company, Appellee.

*Riley & Giblin,* for Appellant;

*H. Pierre Branning,* for Appellee.

David F. Mitchell, Appellant, v. The Villa Alexandria Company, Appellee.

*David F. Mitchell,* for the motion.